# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

JOSEPH BROME JACKSON,

    Plaintiff,

vs.

THOMAS M. HACKEL,

    Defendant.

CIVIL ACTION NO.: CV508-045

## ORDER

After an independent and de novo review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends he would not have been convicted if it had not been for Defendant's (his trial counsel) negligence, errors, and omissions. Plaintiff asserts Defendant had a duty to protect his constitutional rights, and he breached that duty by fraudulently inducing him to plead guilty to a crime he did not commit.

Plaintiff brought his cause of action pursuant to 42 U.S.C. § 1983, which allows individuals to recover for violations of their constitutional rights committed by individuals who acted under color of state law. Plaintiff's assertions do not set forth claims for relief under section 1983. Rather, Plaintiff's assertions are more akin to claims set forth via a petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, or a state law cause of action sounding in tort. Should Plaintiff desire to file a § 2254 action in federal

court, he may do so after first exhausting the remedies available through the state court system.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint, filed pursuant to 42 U.S.C. § 1983, is **DISMISSED** due to Plaintiff's failure to state a claim upon which relief may be granted. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 27 day of October, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE